IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Julie Dynes | Date: November 12, 2013 |
| Court Reporter: Kara Spitler | Probation: Laura Ansart |
| Interpreter: Marcela Salazar | |

Criminal Action No. 13-cr-00187-RBJ

*Parties*:                                                           *Counsel*:

UNITED STATES OF AMERICA,                    Kirsten Sinclair

    Plaintiff,

v.

1. ERASMO RODRIGUEZ-LOYA                    LaFonda Traore
    Defendant.

### SENTENCING MINUTES

**Court in session: 8:29 a.m.**

Appearances of counsel.

Defendant is present in custody.

Argument and testimony given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on July 9, 2013, to count one of the Indictment.

**ORDERED:**  [25] Motion for Below-Guideline Statutory or "Variant" Sentence is GRANTED.

**ORDERED:**  Defendant shall be **imprisoned** for seventeen (17) months, no term of supervised release is ordered.

Court RECOMMENDS that defendant receive credit for 135 days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at an institution in Colorado.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment).

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 9:19 a.m.**

Hearing concluded.

Total time: 00:50